```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Linda Downing

    v.                                    Case No. 19-cv-1047-PB

US Social Security Administration,
Commissioner *other*
Andrew Saul


## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 7, 2020 .  The plaintiff's motion for an order reversing the Commissioner's decision (Doc. No. 7) is denied, and the Commissioner's motion for an order affirming his decision (Doc. No. 9) is granted.  The clerk of the court is directed to enter judgment in favor of the Commissioner and close the case.

                                                   /s/ Paul Barbadoro
                                             _____
                                             Paul Barbadoro
                                             United States District Judge

Date: July 27, 2020


cc: D. Lance Tillinghast, Esq.
    Jessica Tucker, Esq.